# VRC | Vladeck Raskin Clark p.c.

Susan J. Walsh
(212) 403-7348
swalsh@vladeck.com

November 21, 2024

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *United States v. Sergio Duarte Frias*, 23 Cr. 180 (KPF)

Dear Judge Failla:

    I write on behalf of the defendant, Sergio Duart Frias, with the Governments consent, respectfully to request a 60-day adjournment of the status conference currently scheduled for Tuesday, November 26, 2024 at 12 pm.

    The defendant awaits additional materials pursuant to Rule 16 and continues ongoing discussions toward a potential disposition.  Counsel and Mr. Duarte Frias need additional time to consider the matter and recent production.   Accordingly, we request that the case be adjourned until Wednesday, January 15, 2024 or after at a date and time convenient for the Court.

    The Defendant consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161.

                                            Respectfully submitted,

                                              /s *Susan J. Walsh*

                                              Attorney for Sergio Duarte Frias

cc:

Application GRANTED. The status conference scheduled for November 26, 2024, is hereby ADJOURNED to **January 15, 2025,** at **12:00 p.m.** The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **November 26, 2024,** and **January 15, 2025.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 150.

Dated:    November 22, 2024           SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE