**VRC** | **VLADECK RASKIN CLARK P.C.**

Susan J. Walsh
(646) 398-1514
swalsh@vladeck.com

January 11, 2025

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *United States v. Sergio Duarte Frias*, 23 Cr. 180 (KPF)

Dear Judge Failla:

    I write on behalf of the defendant, Sergio Duarte Frias, with the Governments consent, respectfully to request a 60-day adjournment of the status conference currently scheduled for Wednesday, January 15, 2025 at 12 pm.

    The defendant is still reviewing the most recent disclosure of discovery materials provided pursuant to Rule 16 and thereafter will resume ongoing discussions toward a potential disposition. Counsel and Mr. Duarte Frias need additional time to consider the matter, the more recent production and the potential for disposition.   (In addition, counsel is unavailable the last week in February and the first week March of this year.)   Accordingly, we request that the case be adjourned until Wednesday, March 12, 2025 or a later date and time convenient for the Court.

    The Defendant consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161.

Respectfully submitted,

/s *Susan J. Walsh*
Attorney for Sergio Duarte Frias

Application GRANTED.  The conference scheduled for January 15, 2025, is hereby ADJOURNED to **March 12, 2025,** at **3:00 p.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **January 15, 2025,** and **March 12, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 157.

Dated:     January 13, 2025            SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE