**VRC** | **Vladeck Raskin Clark P.C.**

Susan J. Walsh
212-403-7348 (o)
636-398-1514 (m)
swalsh@vladeck.com

May 16, 2025

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: *United States v. Sergio Duarte Frias*, 23 Cr 180 (KPF)

Dear Judge Failla:

I write on behalf of Sergio Duart Frias to request an adjournment of the status conference currently scheduled for Tuesday, May 20th at 11:00 am. The defendant needs time to review the additional discovery that the Government provided last week and to continue the ongoing discussions toward a potential disposition. Accordingly, I request that the case be adjourned until the last week of June or the second week of July (undersigned counsel has a trial in June).

The Defendant consents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

*/s/ Susan J. Walsh*
Attorney for Sergio Duarte Frias

Cc:  Jane Chong, AUSA (By Email and ECF)
     Sarah L. Kushner, AUSA (By Email and ECF)
     David Robles, AUSA (By Email and ECF)
     Nicholas Sutherland Bradley, AUSA (By Email and ECF)

Application GRANTED.  The conference scheduled for May 20, 2025, is hereby ADJOURNED to **July 8, 2025,** at **10:00 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **May 20, 2025,** and **July 8, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 207.

Dated:    May 19, 2025                          SO ORDERED.
          New York, New York

                                                *[signature: Katherine Polk Failla]*

                                                HON. KATHERINE POLK FAILLA
                                                UNITED STATES DISTRICT JUDGE