

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*26 Federal Plaza, 37th Floor
New York, New York 10278*

August 4, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Sergio Duarte Frias*, 23 Cr. 180 (KPF)

Dear Judge Failla:

The Government writes, with the consent of defendant Sergio Duarte Frias, to respectfully request that the status conference currently scheduled for Wednesday, August 6, at 4:00 p.m. be adjourned for approximately 30 days. The parties anticipate either submitting a request to schedule a change-of-plea hearing prior to the next scheduled status conference, or else proceeding with the conference for purposes of setting a motions schedule.

The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition. For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Nicholas S. Bradley / Sarah L. Kushner /
Jane Y. Chong / David J. Robles
Assistant United States Attorneys
(212) 637-2263

cc:   Susan J. Walsh (by ECF)

Application GRANTED. The status conference previously scheduled for August 6, 2025, is hereby ADJOURNED to **September 16, 2025, at 10:00 a.m.** The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **August 6, 2025,** and **September 16, 2025.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to continue working toward a pretrial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 222.

Dated:    August 5, 2025            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE