UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SERGIO DUARTE FRIAS,

                          Defendant.

23 Cr. 180 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a change-of-plea hearing

on **September 3, 2025,** at **11:00 a.m.** in Courtroom 618 of the Thurgood

Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    August 25, 2025
          New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge