UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

SERGIO DUARTE FRIAS,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    CONSENT PRELIMINARY ORDER
    OF FORFEITURE/
    MONEY JUDGMENT

    23 Cr. 180 (KPF)

WHEREAS, on or about April 4, 2023, SERGIO DUARTE FRIAS (the "Defendant"), among others, was charged in six counts of a seven-count Indictment, 23 Cr. 180 (KPF) (the "Indictment"), with fentanyl importation conspiracy, in violation of Title 21, United States Code, Section 963 (Count Two); fentanyl trafficking conspiracy, in violation of Title 21, United States Code, Section 846 (Count Three); possession of machineguns and destructive devices, in violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(B)(ii), 3238, and 2 (Count Four); conspiracy to possess machineguns and destructive devices, in violation of Title 18, United States Code, Sections, 924(o) and 3238 (Count Five); and money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h), 1956(f) (Count Six);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of, the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, the Indictment included a forfeiture allegation as to Count Six of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Six of the Indictment, and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Six of the Indictment or traceable to such property;

WHEREAS, on or about September 3, 2025, the Defendant pled guilty to Counts Two and Six of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Two and Six of the Indictment and agreed to forfeit to the United States, pursuant Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Six of the Indictment, a sum of money equal to $869,000 in United States currency representing the amount of property involved in the offense charged in Count Six of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $869,000 in United States currency, representing the amount of property involved in the offense charged in Count Six of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Six of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Jane Y. Chong, of counsel, and the Defendant and his counsel, Susan Walsh, Esq., that:

1.      As a result of the offenses charged in Counts Two and Six of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $869,000 in United States

currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Six of the Indictment, shall be entered against the Defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant SERGIO DUARTE FRIAS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _____    _12/14/25_
         JANE Y. CHONG                          DATE
         Assistant United States Attorney
         26 Federal Plaza
         New York, NY 10278
         (212) 637-2263


SERGIO DUARTE FRIAS

By:    _____    _12/16/25_
         SERGIO DUARTE FRIAS                 DATE

By:    _____    _12/16/25_
         SUSAN WALSH, ESQ.                   DATE
         Attorney for Defendant
         111 Broadway, Suite 1505
         New York, NY 10006

SO ORDERED:

_____    _12/14/2025_
HONORABLE KATHERINE POLK FAILLA      DATE
UNITED STATES DISTRICT JUDGE